**Opinion filed September 30, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00205-CR

_____

## BELINDA LONELL DAVIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. 13414**

### M E M O R A N D U M   O P I N I O N

Belinda Lonell Davis has filed a pro se notice of appeal from an order denying her motion to recuse Judge Michael Moore of the 29th District Court. We dismiss the appeal.

The clerk of this court wrote Appellant on August 31, 2015, and informed her that it did not appear that her notice of appeal related to a final, appealable order. We requested that Appellant respond on or before September 15, 2015, and

show grounds to continue the appeal. We have received a response from Appellant, but she has not shown grounds upon which this appeal may continue. An order denying a motion to recuse is not a final, appealable order; it may be reviewed only in an appeal from a final judgment. *Green v. State*, 374 S.W.3d 434, 445 (Tex. Crim. App. 2012). An appeal of the decision to deny a motion to recuse, standing alone, would be improper. *Id.* We have no jurisdiction to entertain this appeal.

Consequently, the appeal is dismissed for want of jurisdiction.

PER CURIAM

September 30, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2